PER CURIAM.
AFFIRMED. Chambers v. State, 752 So.2d 64 (Fla. 1st DCA 2000); Turner v. State, 745 So.2d 351 (Fla. 1st DCA 1999), review granted, No. 96,631, — So.2d - (Fla. Feb. 3, 2000); Jackson v. State, 744 So.2d 466 (Fla. 1st DCA 1999), review granted, 749 So.2d 503 (Fla.1999); Durden v. State, 743 So.2d 77 (Fla. 1st DCA 1999), review granted, 751 So.2d 1251 (Fla.2000); Woods v. State, 740 So.2d 20 (Fla. 1st DCA), review granted, 740 So.2d 529 (Fla.1999).
BARFIELD, C.J., BOOTH and WOLF, JJ., concur.